JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN K. SHON, et al.,<br><br>　　　　Defendants. | Case No. CV 19-2060 FMO (MAAx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion for Summary Judgment, IT IS ADJUDGED THAT the above-captioned action is dismissed as follows. Plaintiff's First Cause of Action for Violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101, et seq., is **dismissed with prejudice**. Plaintiff's Second Cause of Action for Violation of the Unruh Civil Rights Act, Cal. Civ. §§ 51, et seq., is **dismissed without prejudice**.

Dated this 27th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　United States District Judge